# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ISMETA SISIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 8822 |
| ) | |
| THE MILLARD GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

In response to this Court's October 22, 2015 memorandum order dealing with the directive of this District Court's LR 5.2(f), counsel for plaintiff Ismeta Sisic ("Sisic") has delivered to this Court's chambers a copy of her Title VII employment discrimination Complaint brought against her ex-employer The Millard Group, Inc. This further memorandum order is issued sua sponte to address a question raised by the Complaint.

Complaint ¶ 10 and its attached Ex. A have referred to and reproduced the EEOC right-to-sue letter that is a precondition to the institution of Sisic's action. But that right-to-sue letter bears a June 29, 2015 signature date, while the Complaint was not filed in this District Court until October 5, 2015 -- 98 days later -- even though both the Title VII statute and the right-to-sue letter's specific terms allow just 90 days from the date of receipt.

In this instance the right-to-sue letter shows that it was mailed from EEOC's office at 500 West Madison Street here in Chicago and was transmitted to Sisic in care of her lawyer at the lawyer's 53 West Jackson Street, Chicago address. Because even one day beyond the allowed 90-day time frame is a fatal flaw, Sisic's counsel is ordered to file a statement under oath (with a copy to be delivered to this Court's chambers) on or before October 29, 2015 specifying

the date on which the right-to-sue letter arrived at counsel's office. This Court will then determine whether this action can go forward.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 26, 2015